# United States Court of Appeals for the Federal Circuit

———————————

June 19, 2013

**ERRATA**

———————————

Appeal Nos. 2012-1495, -1496

**LEVI STRAUSS & COMPANY,**
*Appellant,*

**v.**

**ABERCROMBIE & FITCH TRADING CO.,**
*Appellee.*

Decided:  June 18, 2013
Precedential Opinion

———————————

The following change has been made in the opinion released June 18, 2013:

Page 11, line 34, change "doing" to "making".